UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHESTERFIELD SPINE CENTER, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CV 1169 RWS |
| ) | |
| HEALTHLINK HMO, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

With consent of defendant,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend [27] is granted, and plaintiff's amended complaint [27-2] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant's motion to dismiss the original state court petition [17] is denied as moot.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of October, 2015.