UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHESTERFIELD SPINE CENTER, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15 CV 1169 RWS |
| ) | |
| HEALTHLINK HMO, INC., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER OF DISMISSAL**

On March 29, 2016, I ordered plaintiff to show cause by April 8, 2016, why defendant Benefit Administrative Systems, LLC's motion to dismiss should not be granted. [59]. Plaintiff was specifically warned that its timely failure to comply with the Show Cause Order would result in the Court granting the motion to dismiss. Despite being granted an extension of time until April 15, 2016, to respond to BAC's motion to dismiss [61], plaintiff has failed and refused to file an opposition to BAC's motion to dismiss. Accordingly, for the reasons set out in BAC's motion to dismiss and accompanying memorandum of law in support of dismissal,

**IT IS HEREBY ORDERED** that defendant Benefit Administrative Systems, LLC's motion to dismiss [57] is granted as follows, and plaintiff's claims against defendant Benefit Administrative Systems, LLC, are dismissed.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2016.